# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00207-CV

---

**Demetrius T. Crockett, Appellant**

**v.**

**Judge Laurie Eiserloh, Appellee**

---

**FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY,**
**NOS. D-1-GN-24-009515, D-1-FM-19-007909, D-1-FM-25-001677**
**THE HONORABLE DARYL RUSSELL COFFEY, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

This appeal is dismissed in part on Appellant Demetrius T. Crockett's motion and in part on the Court's own motion. Based on his notice of appeal and the record prepared in this appellate cause, we requested a response about the basis of this Court's jurisdiction over appeals arising from trial court cause numbers D-1-GN-19-007909, D-1-GN-24-009515, and D-1-FM-25-001677.

By his Partial Motion to Dismiss Appeal in this cause, Crockett states that this appeal arises from the three trial-court cause numbers listed above, and that he no longer wishes to pursue the appeal as it pertains to trial court cause numbers D-1-FM-19-007909 and D-1-FM-25-001677. We grant the motion to dismiss the appeal from those two trial court causes.

In that same motion, Crockett states he wishes to continue to appeal from an order in trial court cause number D-1-GN-24-009515. He may do so, but not in this appellate cause number. The trial court rendered a final order in trial court cause number D-1-GN-24-009515, and Crockett filed a notice of appeal from that order on February 7, 2025. That appeal was docketed in this Court as *Crockett v. Justice of the Peace Precinct 5, Olivo*, and assigned appellate cause number 03-25-00097-CV. By general rule, "All notices of appeal filed in the same case must be given the same docket number." Tex. R. App. P. 12.2(c). Accordingly, any notice of appeal from trial-court cause number D-1-GN-24-009515 filed after February 7, 2025, is properly part of appellate cause number 03-25-00097-CV while it remains pending. As appellate cause number 03-25-00097-CV remains pending, we dismiss this appeal to the extent that it concerns any appeal from trial court cause number D-1-GN-24-009515. No live appeal remains in appellate cause number 03-25-00207-CV.

We dismiss this appeal. All other pending motions are dismissed as moot.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed

Filed: August 6, 2025

2